**SCHEDULE A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Anhui Fu Ji Fang Pharmaceutical Co., Ltd. | ahfjf | https://ahfjf.en.alibaba.com |
| 2 | Anhui Jinyuan Pharmaceuticals Co., Ltd. | ahjinyuan | https://ahjinyuan.en.alibaba.com |
| 3 | Anhui Tuo Xian Tang Pharmaceutical Co., Ltd. | ahtxt | https://ahtxt.en.alibaba.com |
| 4 | Anhui Oneheall Pharmaceutical Co., Ltd. | ahwhyy | https://ahwhyy.en.alibaba.com |
| 5 | Xi'an Inbol Biotechnology Co., Ltd. | aidisw | https://aidisw.en.alibaba.com |
| 6 | Activator (guangdong) Health Technology Co., Ltd. | ajmdgd | https://ajmdgd.en.alibaba.com |
| 7 | Hangzhou Anghoo Technology Co., Ltd. | anghoo | https://anghoo.en.alibaba.com |
| 8 | Henan Baihuikang Biotechnology Co., Ltd. | bhkcosmetic | https://bhkcosmetic.en.alibaba.com |
| 9 | Guangzhou Black Rock Pharmaceuticals Co., Ltd. | blackrock | https://blackrock.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 10 | Chengdu Youhuo Huiyi Environmental Protection Technology Co., Ltd. | cdyhhy | https://cdyhhy.en.alibaba.com |
| 11 | Henan Hengchun Industrial Co., Ltd. | chinahengchun | https://chinahengchun.en.alibaba.com |
| 12 | Guangzhou Siyi Biotechnology Co., Ltd. | cngzsy888 | https://cngzsy888.en.alibaba.com |
| 13 | Guangzhou Qingwu Biotechnology Co., Ltd. | cnqingwu | https://cnqingwu.en.alibaba.com |
| 14 | Shaanxi Coenze Biotech Co., Ltd. | coenze | https://coenze.en.alibaba.com |
| 15 | Guangdong Sheyang Life Genetic Engineering Technology Co., Ltd. | dhop | https://dhop.en.alibaba.com |
| 16 | Guangzhou Jiabeihenghui Pharmaceutical Technology Co., Ltd. | doubleshares | https://doubleshares.en.alibaba.com |
| 17 | HongKong Energy Solution Technology Co., Limited | esolu | https://esolu.en.alibaba.com |
| 18 | Guangdong Jiabei Trading Co., Ltd. | gdjiabei | https://gdjiabei.en.alibaba.com |
| 19 | Yinglian (guangdong) Pharmaceutical Co., Ltd. | gdylyy | https://gdylyy.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 20 | Shenzhen Qumei Technology Co., Ltd. | gotobeauty1 | https://gotobeauty1.en.alibaba.com |
| 21 | Guangzhou Jiabei Health Biotechnology Co., Ltd. | guangzhoujbhealth | https://guangzhoujbhealth.en.alibaba.com |
| 22 | Guangdong Jbyk Pharmaceutical Technology Co., Ltd. | guangzhoujlh | https://guangzhoujlh.en.alibaba.com |
| 23 | Guangzhou Beikang Biotechnology Co., Ltd. | gzbk | https://gzbk.en.alibaba.com |
| 24 | Guangzhou Chunqi Biotechnology Co., Ltd. | gzchunqi | https://gzchunqi.en.alibaba.com |
| 25 | Jiabei Runkang (guangzhou) Biotechnology Co., Ltd. | gzjbrk | https://gzjbrk.en.alibaba.com |
| 26 | Guangzhou Jiabei Import And Export Co., Ltd. | gzjiabei | https://gzjiabei.en.alibaba.com |
| 27 | Guangzhou Jiabei Huikang Biomedical Technology Co., Ltd. | gzjiabeihuikang | https://gzjiabeihuikang.en.alibaba.com |
| 28 | Guangzhou Muhua Pharmaceutical Co., Ltd. | gzmuhua | https://gzmuhua.en.alibaba.com |
| 29 | Guangzhou Mengxun Network Technology Co., Ltd. | gzmx7688 | https://gzmx7688.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 30 | Guangzhou Zhide Health Technology Co., Ltd. | gzpworthhealth | https://gzpworthhealth.en.alibaba.com |
| 31 | Guangzhou Xingqing Technology Co., Ltd. | gzthinking | https://gzthinking.en.alibaba.com |
| 32 | Guangzhou Yuanzhi Biological Technology Co., Ltd. | gzyuanzhi | https://gzyuanzhi.en.alibaba.com |
| 33 | Shenzhen Junqi Technology Co., Ltd. | health2012 | https://health2012.en.alibaba.com |
| 34 | Henan Healthy Co., Ltd. | healthy188 | https://healthy188.en.alibaba.com |
| 35 | Hengjian Nutrition (guangzhou) Medical Technology Co., Ltd. | hengjiannutrition | https://hengjiannutrition.en.alibaba.com |
| 36 | Hetchyn Biotechnology Co., Ltd | hetchyn | https://hetchyn.en.alibaba.com |
| 37 | Nanjing Vesta New Tech Materials Co., Ltd. | highprime | https://highprime.en.alibaba.com |
| 38 | BONS BIOTECHNOLOGY LIMITED | hkbons | https://hkbons.en.alibaba.com |
| 39 | Haikou Port Pharmaceutical Trading Co., Ltd. | hkgymy | https://hkgymy.en.alibaba.com |

4

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 40 | Honglan (Guangzhou) Biotechnology Co., Ltd. | honglanshengwu | https://honglanshengwu.en.alibaba.com |
| 41 | Jiabei Hengjian (guangzhou) Pharmaceutical Technology Co., Ltd. | jbhej | https://jbhej.en.alibaba.com |
| 42 | Jiabei Huikang (guangzhou) Biotechnology Co., Ltd. | jiabeihuikang | https://jiabeihuikang.en.alibaba.com |
| 43 | Beijing Jinzheng Chufang Trading Co., Ltd. | jinzhengchufang | https://jinzhengchufang.en.alibaba.com |
| 44 | Jining Palm Tree International Co., Ltd. | jnzys | https://jnzys.en.alibaba.com |
| 45 | Xi'an Julyherb Bio-Tech Co., Ltd. | julyherb | https://julyherb.en.alibaba.com |
| 46 | Jiangxi Shangshan Industrial Co., Ltd. | jxsssy | https://jxsssy.en.alibaba.com |
| 47 | Hangzhou Magic Lamp International Trade Co., Ltd | kpgy | https://kpgy.en.alibaba.com |
| 48 | Guangzhou Inch Bio-Tech Co., Ltd. | leafe | https://leafe.en.alibaba.com |
| 49 | Guangzhou Lebokong Biotechnology Co., Ltd. | lebokong1 | https://lebokong1.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 50 | GuangZhou Life Spark Biotechnology Co.,Ltd. | lifespark | https://lifespark.en.alibaba.com |
| 51 | Yiwu Liuma Trading Co. Ltd. | liumatrade | https://liumatrade.en.alibaba.com |
| 52 | Guangzhou Ludingji Biotechnology Co., Ltd. | ludingji | https://ludingji.en.alibaba.com |
| 53 | Shenzhen Nerena Biotechnology Co., Ltd. | nerena | https://nerena.en.alibaba.com |
| 54 | Xi'an Nicey Bio-Technology Co., Ltd. | niceytcmherbs | https://niceytcmherbs.en.alibaba.com |
| 55 | Nanjing Dixin International Trading Ltd. | njdixin | https://njdixin.en.alibaba.com |
| 56 | Nutrivoice (Guangzhou) Trading Co., Ltd. | nutrivoice | https://nutrivoice.en.alibaba.com |
| 57 | Guangzhou Jlh Biotechnology Co., Ltd. | oldfashioned | https://oldfashioned.en.alibaba.com |
| 58 | Guangzhou Orange Apex Technology Co.,Ltd | orangeapex | https://orangeapex.en.alibaba.com |
| 59 | Ovita (guangzhou) Biotechnology Co., Ltd. | ovita | https://ovita.en.alibaba.com |
| 60 | Xi'an Reain Biotechnology Co., Ltd. | reain | https://reain.en.alibaba.com |
| 61 | Seamaster (Xi'an) Technology Development Co., Ltd. | seahorse | https://seahorse.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 62 | Guangzhou Sencool Biological Technology Co., Ltd. | senkuhealthy | https://senkuhealthy.en.alibaba.com |
| 63 | Xi'an Sentian Biotechnology Co., Ltd. | sentianbio | https://sentianbio.en.alibaba.com |
| 64 | Xi'an Sentian Biotechnology Co., Ltd. | sentianherb | https://sentianherb.en.alibaba.com |
| 65 | Shanghai Yaoyi New Materials Firm (individual Business) | shanghaiyaoyi | https://shanghaiyaoyi.en.alibaba.com |
| 66 | Shanghai Higo Technology Co., Ltd. | shhaigo | https://shhaigo.en.alibaba.com |
| 67 | Shenzhen Shidunsi Trading Co., Ltd. | shidunsi | https://shidunsi.en.alibaba.com |
| 68 | Shandong Shengyi Supply Chain Management Co., Ltd. | supplychaingroup | https://supplychaingroup.en.alibaba.com |
| 69 | Shaanxi Pinchunhang Technology Co., Ltd. | sxpch | https://sxpch.en.alibaba.com |
| 70 | Shaanxi Yixuan Da Technology Co., Ltd | sxyxd | https://sxyxd.en.alibaba.com |
| 71 | Shenzhen Winking Technology Co., Limited | sz-winking | https://sz-winking.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 72 | Qianshan Zhonghe Electronic Commerce Co., Ltd. | teamplus888 | https://teamplus888.en.alibaba.com |
| 73 | Jiangxi Tianyuan Pharmaceutical Co., Ltd. | tianyuanpharma | https://tianyuanpharma.en.alibaba.com |
| 74 | Guangzhou Vigoworld Co., Ltd. | vigoworld | https://vigoworld.en.alibaba.com |
| 75 | LZD VIET NAM TECHNOLOGY TRADE DEVELOPMENT CO., LTD | vn1574320667ljol | https://vn1574320667ljol.en.alibaba.com |
| 76 | Shenzhen Weidesheng Tech Co., Ltd. | wedes | https://wedes.en.alibaba.com |
| 77 | Guangzhou Wei Xin Biological Technology Co., Ltd. | weixinbio | https://weixinbio.en.alibaba.com |
| 78 | Shaanxi Wellbody Technology Co., Ltd. | wellbodys | https://wellbodys.en.alibaba.com |
| 79 | Mike (wuhan) Biotechnology Co., Ltd. | whmkbio | https://whmkbio.en.alibaba.com |
| 80 | Xi'an Shangmei Biotech Co., Ltd. | xashangmei | https://xashangmei.en.alibaba.com |
| 81 | Guangzhou Xia'an Biotechnology Co., Ltd. | xiaaninternational | https://xiaaninternational.en.alibaba.com |
| 82 | Xi'an Haosen Biotech Co., Ltd. | xianhaosen | https://xianhaosen.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 83 | Shenzhen Yanyuan Biotechnology Co., Ltd. | yanyuanbio | https://yanyuanbio.en.alibaba.com |
| 84 | Yatcon (International) Industrial Co., Limited | yatconhealthcare | https://yatconhealthcare.en.alibaba.com |
| 85 | Yukang Medicine (Guangzhou) Co., Ltd. | yk1688 | https://yk1688.en.alibaba.com |
| 86 | Zhengzhou Yuhe Biotechnology Co., Ltd. | yuhehealth | https://yuhehealth.en.alibaba.com |
| 87 | Guangzhou Yulai Pharmaceutical Technology Co., Ltd. | yulaiyiyao | https://yulaiyiyao.en.alibaba.com |
| 88 | Yiwu Jiankang Trading Co., Ltd. | ywjiankang | https://ywjiankang.en.alibaba.com |
| 89 | Hainan Yaoyigou Biotechnology Co., Ltd. | yygbiotechnology | https://yygbiotechnology.en.alibaba.com |
| 90 | Zhichun Biotechnology (weifang) Co., Ltd. | zcsw | https://zcsw.en.alibaba.com |
| 91 | Zhongke Zhigu International Pharmaceutical Biotechnology(Guangdong) Co.,Ltd | zkzg | https://zkzg.en.alibaba.com |
| 92 | Zhengzhou Calorie Biotechnology Co., Ltd. | zzcalorie | https://zzcalorie.en.alibaba.com |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 93 | Zhengzhou Yuying International Trade Co., Ltd. | zzyuying | https://zzyuying.en.alibaba.com |
| 94 | Shop1104387158 Store | 1104383208 | https://www.aliexpress.com/store/1104383208 |
| 95 | suisuifengji | A16O3L81ZQDIDP | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A16O3L81ZQDIDP |
| 96 | The Cozy Heart | A2ZYN7EIJDJXSB | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2ZYN7EIJDJXSB |
| 97 | acersofe | acersofe | https://www.ebay.com/usr/acersofe |
| 98 | Day | afassf | https://www.ebay.com/usr/afassf |
| 99 | ahmadmah85 | ahmadmah85 | https://www.ebay.com/usr/ahmadmah85 |
| 100 | alcott | alcott | https://www.ebay.com/usr/alcott |
| 101 | aliesagang | aliesagang | https://www.ebay.com/usr/aliesagang |
| 102 | allouchef0 | allouchef0 | https://www.ebay.com/usr/allouchef0 |
| 103 | alporte | alporte | https://www.ebay.com/usr/alporte |
| 104 | andorrariga888 | andorrariga888 | https://www.ebay.com/usr/andorrariga888 |
| 105 | Health-angmen | angmengjua | https://www.ebay.com/usr/angmengjua |
| 106 | anrkaleds0 | anrkaleds0 | https://www.ebay.com/usr/anrkaleds0 |
| 107 | midzy | anshiqinwei | https://www.ebay.com/usr/anshiqinwei |
| 108 | armans-4418 | armans-4418 | https://www.ebay.com/usr/armans-4418 |
| 109 | asalama_91 | asalama_91 | https://www.ebay.com/usr/asalama_91 |
| 110 | auto-glass | auto-glass | https://www.ebay.com/usr/auto-glass |
| 111 | baymarch | baymarch | https://www.ebay.com/usr/baymarch |
| 112 | bingyjs | bingyjs | https://www.ebay.com/usr/bingyjs |
| 113 | blinblin101 | blinblin101 | https://www.ebay.com/usr/blinblin101 |
| 114 | cd-shulong | cd-shulong | https://www.ebay.com/usr/cd-shulong |
| 115 | cd.7_77 | cd.7_77 | https://www.ebay.com/usr/cd.7_77 |
| 116 | Axon | cdlh-63 | https://www.ebay.com/usr/cdlh-63 |
| 117 | champracersixi | champracersixi | https://www.ebay.com/usr/champracersixi |
| 118 | claemp | claemp | https://www.ebay.com/usr/claemp |
| 119 | cltnin | cltnin | https://www.ebay.com/usr/cltnin |
| 120 | copejia | copejia | https://www.ebay.com/usr/copejia |
| 121 | CozyCorner-y | cozycorner-y | https://www.ebay.com/usr/cozycorner-y |
| 122 | cycadd | cycadd | https://www.ebay.com/usr/cycadd |
| 123 | cyiter | cyiter | https://www.ebay.com/usr/cyiter |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 124 | dashdash902 | dashdash902 | https://www.ebay.com/usr/dashdash902 |
| 125 | dejinsaier | dejinsaier1 | https://www.ebay.com/usr/dejinsaier1 |
| 126 | deqiangb01 | deqiangb01 | https://www.ebay.com/usr/deqiangb01 |
| 127 | digitaldelightstore | digitaldelightstore | https://www.ebay.com/usr/digitaldelightstore |
| 128 | dillmurlati | dillmurlati | https://www.ebay.com/usr/dillmurlati |
| 129 | dreamydesigngallery | dreamydesigngallery | https://www.ebay.com/usr/dreamydesigngallery |
| 130 | easytrade08 | easytrade08 | https://www.ebay.com/usr/easytrade08 |
| 131 | EcoNest-A | econest-a | https://www.ebay.com/usr/econest-a |
| 132 | elitefind2050 | elitefind2050 | https://www.ebay.com/usr/elitefind2050 |
| 133 | fanticeer | fanticeer | https://www.ebay.com/usr/fanticeer |
| 134 | Fashion-s | fashion-s | https://www.ebay.com/usr/fashion-s |
| 135 | fashionfashionon | fashionfashionon | https://www.ebay.com/usr/fashionfashionon |
| 136 | FITKER | fitkerr | https://www.ebay.com/usr/fitkerr |
| 137 | fpcollections | fpcollections | https://www.ebay.com/usr/fpcollections |
| 138 | frankrolsch0 | frankrolsch0 | https://www.ebay.com/usr/frankrolsch0 |
| 139 | fuentesberoiza_0 | fuentesberoiza_0 | https://www.ebay.com/usr/fuentesberoiza_0 |
| 140 | fungly | fungly | https://www.ebay.com/usr/fungly |
| 141 | FWdestore | fwdestore | https://www.ebay.com/usr/fwdestore |
| 142 | CIFbuy.shoppingmall | gb.factory | https://www.ebay.com/usr/gb.factory |
| 143 | glbyiyeie-54 | glbyiyeie-54 | https://www.ebay.com/usr/glbyiyeie-54 |
| 144 | Control¬∑Future | gled9169 | https://www.ebay.com/usr/gled9169 |
| 145 | topwim | gled9188 | https://www.ebay.com/usr/gled9188 |
| 146 | globalhair-h | globalhair-h | https://www.ebay.com/usr/globalhair-h |
| 147 | goalgoab | goalgoab | https://www.ebay.com/usr/goalgoab |
| 148 | godlikely | godlikely | https://www.ebay.com/usr/godlikely |
| 149 | goldsaler1 | goldsaler1 | https://www.ebay.com/usr/goldsaler1 |
| 150 | GU_UniversalMart | gustavoayar_11 | https://www.ebay.com/usr/gustavoayar_11 |
| 151 | Tiktok.Shopping Mall | haxiuli2 | https://www.ebay.com/usr/haxiuli2 |
| 152 | hcsill | hcsill | https://www.ebay.com/usr/hcsill |
| 153 | 711.shoppingmall | helloyoung.im | https://www.ebay.com/usr/helloyoung.im |
| 154 | hidatulsya724a | hidatulsya724a | https://www.ebay.com/usr/hidatulsya724a |
| 155 | homejoya-y | homejoya-y | https://www.ebay.com/usr/homejoya-y |
| 156 | Hong-US SHOP | hong_21646 | https://www.ebay.com/usr/hong_21646 |
| 157 | hongtao76 | hongtao76 | https://www.ebay.com/usr/hongtao76 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 158 | horizonny | horizonny | https://www.ebay.com/usr/horizonny |
| 159 | huanang | huanang | https://www.ebay.com/usr/huanang |
| 160 | hydrateharbors | hydrateharbors | https://www.ebay.com/usr/hydrateharbors |
| 161 | inbeaute | inbeaute | https://www.ebay.com/usr/inbeaute |
| 162 | italianly | italianly | https://www.ebay.com/usr/italianly |
| 163 | itzy | itzy | https://www.ebay.com/usr/itzy |
| 164 | jeilfke | jeilfke | https://www.ebay.com/usr/jeilfke |
| 165 | jeproe | jeproe | https://www.ebay.com/usr/jeproe |
| 166 | Jiarui-2025 | jiarui92ab | https://www.ebay.com/usr/jiarui92ab |
| 167 | juejing | juejing | https://www.ebay.com/usr/juejing |
| 168 | Health-junlei | junlei751 | https://www.ebay.com/usr/junlei751 |
| 169 | jyuedi55 | jyuedi55 | https://www.ebay.com/usr/jyuedi55 |
| 170 | kalyn-316 | kalyn-316 | https://www.ebay.com/usr/kalyn-316 |
| 171 | kksale168 | kksale168 | https://www.ebay.com/usr/kksale168 |
| 172 | kolasive | kolasive | https://www.ebay.com/usr/kolasive |
| 173 | koreanpine | koreanpine | https://www.ebay.com/usr/koreanpine |
| 174 | LDMart | ldmart | https://www.ebay.com/usr/ldmart |
| 175 | ldxi_40 | ldxi_40 | https://www.ebay.com/usr/ldxi_40 |
| 176 | ldxi-47 | ldxi-47 | https://www.ebay.com/usr/ldxi-47 |
| 177 | Ldxi-74 | ldxi-74 | https://www.ebay.com/usr/ldxi-74 |
| 178 | Leadsport | leadsport | https://www.ebay.com/usr/leadsport |
| 179 | leatherstag | leatherstag | https://www.ebay.com/usr/leatherstag |
| 180 | Leoeing | leoying | https://www.ebay.com/usr/leoying |
| 181 | lilaclyc | lilaclyc | https://www.ebay.com/usr/lilaclyc |
| 182 | lingdd1100 | lingdd1100 | https://www.ebay.com/usr/lingdd1100 |
| 183 | liyg_0218 | liyg_0218 | https://www.ebay.com/usr/liyg_0218 |
| 184 | maigu_5 | maigu_5 | https://www.ebay.com/usr/maigu_5 |
| 185 | maigu32 | maigu32 | https://www.ebay.com/usr/maigu32 |
| 186 | maigukeji | maigukej | https://www.ebay.com/usr/maigukej |
| 187 | Fearathe Herbs-1 | modutie | https://www.ebay.com/usr/modutie |
| 188 | mohamedmoha0 | mohamedmoha0 | https://www.ebay.com/usr/mohamedmoha0 |
| 189 | mora_4220 | mora_4220 | https://www.ebay.com/usr/mora_4220 |
| 190 | nanonooks | nanonooks | https://www.ebay.com/usr/nanonooks |
| 191 | nareeen22 | nareeen22 | https://www.ebay.com/usr/nareeen22 |
| 192 | oiltea | oiltea | https://www.ebay.com/usr/oiltea |
| 193 | oosparkloules | oosparkloules | https://www.ebay.com/usr/oosparkloules |
| 194 | outdoorxes | outdoorxes | https://www.ebay.com/usr/outdoorxes |
| 195 | parts-stores01 | parts-stores01 | https://www.ebay.com/usr/parts-stores01 |
| 196 | peeshlita | peeshlita | https://www.ebay.com/usr/peeshlita |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 197 | perira_0 | perira_0 | https://www.ebay.com/usr/perira_0 |
| 198 | purejoy2024 | purejoy2024 | https://www.ebay.com/usr/purejoy2024 |
| 199 | quirkcovehomes | quirkcovehomes | https://www.ebay.com/usr/quirkcovehomes |
| 200 | raight0 | raight0 | https://www.ebay.com/usr/raight0 |
| 201 | Fortunatus | rightdecision8 | https://www.ebay.com/usr/rightdecision8 |
| 202 | rodrigopig29 | rodrigopig29 | https://www.ebay.com/usr/rodrigopig29 |
| 203 | RL¬∑Easy shop | roozal-35 | https://www.ebay.com/usr/roozal-35 |
| 204 | sgzsport9 | sgzsport9 | https://www.ebay.com/usr/sgzsport9 |
| 205 | Taoters Natural | shenzhenshichengzi0 | https://www.ebay.com/usr/shenzhenshichengzi0 |
| 206 | shijiazhuangweiyimaoyiyouxiangongsi | shijiazhuangweiyimaoyiyouxiangongsi | https://www.ebay.com/usr/shijiazhuangweiyimaoyiyouxiangongsi |
| 207 | shopifyn54 | shopifyn54 | https://www.ebay.com/usr/shopifyn54 |
| 208 | shuangshuangle | shuangshuangle | https://www.ebay.com/usr/shuangshuangle |
| 209 | shulo2347 | shulo2347 | https://www.ebay.com/usr/shulo2347 |
| 210 | shulonga | shulonga | https://www.ebay.com/usr/shulonga |
| 211 | shulongcd1 | shulongcd1 | https://www.ebay.com/usr/shulongcd1 |
| 212 | shulongd | shulongd | https://www.ebay.com/usr/shulongd |
| 213 | sikam93 | sikam93 | https://www.ebay.com/usr/sikam93 |
| 214 | sjj54dg | sjj54dg | https://www.ebay.com/usr/sjj54dg |
| 215 | Visit the Global Healing | soomiig-healthy-supplement | https://www.ebay.com/usr/soomiig-healthy-supplement |
| 216 | spclon | spclon-83 | https://www.ebay.com/usr/spclon-83 |
| 217 | Tecepec natural | ssshealthy | https://www.ebay.com/usr/ssshealthy |
| 218 | syedaza_94 | syedaza_94 | https://www.ebay.com/usr/syedaza_94 |
| 219 | szlong_20 | szlong_20 | https://www.ebay.com/usr/szlong_20 |
| 220 | Szlong-0 | szlong-0 | https://www.ebay.com/usr/szlong-0 |
| 221 | sztyu1 | sztyu1 | https://www.ebay.com/usr/sztyu1 |
| 222 | tantanuu | tanya_06 | https://www.ebay.com/usr/tanya_06 |
| 223 | thomabrou_0 | thomabrou_0 | https://www.ebay.com/usr/thomabrou_0 |
| 224 | tiktok-beautiful-shop | tiktok-beautiful-shop | https://www.ebay.com/usr/tiktok-beautiful-shop |
| 225 | tiktok-shop | tiktok-shop | https://www.ebay.com/usr/tiktok-shop |
| 226 | Tiktok-Health-Shop | tiktokhealthshop | https://www.ebay.com/usr/tiktokhealthshop |
| 227 | tomany | tomany | https://www.ebay.com/usr/tomany |
| 228 | CIFbuy.711 | uk.factory | https://www.ebay.com/usr/uk.factory |
| 229 | unborder | unborder | https://www.ebay.com/usr/unborder |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 230 | HelloYoung.Fastshipping | us_factoryshop | https://www.ebay.com/usr/us_factoryshop |
| 231 | usa_cifbuy | usa_cifbuy | https://www.ebay.com/usr/usa_cifbuy |
| 232 | usefore | usefore | https://www.ebay.com/usr/usefore |
| 233 | usmai023 | usmai023 | https://www.ebay.com/usr/usmai023 |
| 234 | HEALTH SUPPLY-VTZ | vtz8200000 | https://www.ebay.com/usr/vtz8200000 |
| 235 | weoyjs | weoyjs | https://www.ebay.com/usr/weoyjs |
| 236 | M.Green.Life | windwin-586 | https://www.ebay.com/usr/windwin-586 |
| 237 | wuyangtop | wuyangtop | https://www.ebay.com/usr/wuyangtop |
| 238 | xgvj_2 | xgvj_2 | https://www.ebay.com/usr/xgvj_2 |
| 239 | Newfaishon | xiangyangshijiangh | https://www.ebay.com/usr/xiangyangshijiangh |
| 240 | xj76_21 | xj76_21 | https://www.ebay.com/usr/xj76_21 |
| 241 | yallwholesale | yallwholesale | https://www.ebay.com/usr/yallwholesale |
| 242 | yaozh5234 | yaozh5234 | https://www.ebay.com/usr/yaozh5234 |
| 243 | yasirhas_0 | yasirhas_0 | https://www.ebay.com/usr/yasirhas_0 |
| 244 | yduahbct | yduahbct | https://www.ebay.com/usr/yduahbct |
| 245 | yidfneglby-325 | yidfneglby-325 | https://www.ebay.com/usr/yidfneglby-325 |
| 246 | Livorix | yijingsh32 | https://www.ebay.com/usr/yijingsh32 |
| 247 | yijingshang | yijingshang | https://www.ebay.com/usr/yijingshang |
| 248 | yjscd-a | yjscd-a | https://www.ebay.com/usr/yjscd-a |
| 249 | yjscdl01 | yjscdl01 | https://www.ebay.com/usr/yjscdl01 |
| 250 | yjsleem | yjsleem | https://www.ebay.com/usr/yjsleem |
| 251 | zhenglong01 | zhenglong01 | https://www.ebay.com/usr/zhenglong01 |
| 252 | Tecepec Nature | zhiqian03 | https://www.ebay.com/usr/zhiqian03 |
| 253 | Hot-ZIHUA | zihua273 | https://www.ebay.com/usr/zihua273 |
| 254 | zlongtz | zlongtz | https://www.ebay.com/usr/zlongtz |
| 255 | 999 Chic Street Market | znch2741 | https://www.ebay.com/usr/znch2741 |
| 256 | zwensof | zwensof | https://www.ebay.com/usr/zwensof |
| 257 | reusresearches | reusresearches.com | Unexpected marketplace. Update this formula. |
| 258 | reusresearchs | reusresearchs.com | https://reusresearchs.com |
| 259 | reusresearchus | reusresearchus.com | https://reusresearchus.com |
| 260 | GJFD | 6344182139900855 | https://www.temu.com/m-634418213990855.html |

14

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 261 | DrBuma | 634418214566906 | https://www.temu.com/m-634418214566906.html |
| 262 | VYHTHY NY | 634418214760401 | https://www.temu.com/m-634418214760401.html |
| 263 | Miriyalyad healthy | 634418214774903 | https://www.temu.com/m-634418214774903.html |
| 264 | FutureMars | 634418214813710 | https://www.temu.com/m-634418214813710.html |
| 265 | DrBmua | 634418214836411 | https://www.temu.com/m-634418214836411.html |
| 266 | Future Boundless | 634418214886351 | https://www.temu.com/m-634418214886351.html |
| 267 | Langansto | 634418214934068 | https://www.temu.com/m-634418214934068.html |
| 268 | ESUNMTT | 634418214968864 | https://www.temu.com/m-634418214968864.html |
| 269 | DrHillmamb | 634418215514950 | https://www.temu.com/m-634418215514950.html |
| 270 | VYHTHY CA | 634418215569977 | https://www.temu.com/m-634418215569977.html |
| 271 | Jianme | 634418215680731 | https://www.temu.com/m-634418215680731.html |
| 272 | QQZOFG | 634418215681995 | https://www.temu.com/m-634418215681995.html |
| 273 | Factoryshopping mall | 634418215710608 | https://www.temu.com/m-634418215710608.html |
| 274 | Miriyalyad healthys | 634418215758583 | https://www.temu.com/m-634418215758583.html |
| 275 | FAMEOYSHOP | 634418215850627 | https://www.temu.com/m-634418215850627.html |
| 276 | VYHTHY MI | 634418215866228 | https://www.temu.com/m-634418215866228.html |
| 277 | Biotrients dietary supplements | 634418216176426 | https://www.temu.com/m-634418216176426.html |
| 278 | Minotaurs small shop | 634418216266641 | https://www.temu.com/m-634418216266641.html |
| 279 | ZJSHOPs | 634418216364631 | https://www.temu.com/m-634418216364631.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 280 | Natures Balance | 634418216582733 | https://www.temu.com/m-634418216582733.html |
| 281 | miriyalyluna miriyalyluna | 634418216874832 | https://www.temu.com/m-634418216874832.html |
| 282 | Brooklyn Chic Shop | 634418217022185 | https://www.temu.com/m-634418217022185.html |
| 283 | ZDDBF | 634418217054747 | https://www.temu.com/m-634418217054747.html |
| 284 | TEMM SHOP | 634418217055838 | https://www.temu.com/m-634418217055838.html |
| 285 | Laife life | 634418217113880 | https://www.temu.com/m-634418217113880.html |
| 286 | sinpuyle right | 634418217164458 | https://www.temu.com/m-634418217164458.html |
| 287 | VYHTHY GA | 634418217177059 | https://www.temu.com/m-634418217177059.html |
| 288 | VYHTHY TX | 634418217423961 | https://www.temu.com/m-634418217423961.html |
| 289 | healthever | 634418217530637 | https://www.temu.com/m-634418217530637.html |
| 290 | Fashion Choose | 634418217790243 | https://www.temu.com/m-634418217790243.html |
| 291 | Natural crysal | 634418217947347 | https://www.temu.com/m-634418217947347.html |
| 292 | DRDUOMU | 634418218219394 | https://www.temu.com/m-634418218219394.html |
| 293 | Lanomiz Premium | 634418218269887 | https://www.temu.com/m-634418218269887.html |
| 294 | Lanomiz skin care | 634418218443009 | https://www.temu.com/m-634418218443009.html |
| 295 | Selection Family | 634418218472424 | https://www.temu.com/m-634418218472424.html |
| 296 | Smhealth | 634418218574795 | https://www.temu.com/m-634418218574795.html |
| 297 | PRETANT | 634418218596027 | https://www.temu.com/m-634418218596027.html |
| 298 | Nutrajoy | 634418218743591 | https://www.temu.com/m-634418218743591.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 299 | Sanaa Beauty | 634418218745861 | https://www.temu.com/m-634418218745861.html |
| 300 | LIVIKEY | 634418218890624 | https://www.temu.com/m-634418218890624.html |
| 301 | every day healthy | 634418218978752 | https://www.temu.com/m-634418218978752.html |
| 302 | VYHTHY TN | 634418219100276 | https://www.temu.com/m-634418219100276.html |
| 303 | NeonBunny | 634418219325277 | https://www.temu.com/m-634418219325277.html |
| 304 | GJguard | 634418219348131 | https://www.temu.com/m-634418219348131.html |
| 305 | Hat Fashion E Local | 634418219389584 | https://www.temu.com/m-634418219389584.html |
| 306 | GJPC | 634418219426919 | https://www.temu.com/m-634418219426919.html |
| 307 | VYHTHY NC | 634418219464233 | https://www.temu.com/m-634418219464233.html |
| 308 | Dou Man Fen local | 634418219574179 | https://www.temu.com/m-634418219574179.html |
| 309 | NourishFlourish | 634418219610319 | https://www.temu.com/m-634418219610319.html |
| 310 | lanomiz Treasure Shop | 634418219613451 | https://www.temu.com/m-634418219613451.html |
| 311 | Miriyalyad Shop | 634418219845212 | https://www.temu.com/m-634418219845212.html |
| 312 | Vitality Haven Healthy | 634418219880458 | https://www.temu.com/m-634418219880458.html |
| 313 | Vitabound healthy shop | 634418219914723 | https://www.temu.com/m-634418219914723.html |
| 314 | blaze health products | 634418219977111 | https://www.temu.com/m-634418219977111.html |
| 315 | Kukayi NB | 634418220028542 | https://www.temu.com/m-634418220028542.html |
| 316 | JCC YY | 634418220198638 | https://www.temu.com/m-634418220198638.html |
| 317 | Eleganto | 634418220203946 | https://www.temu.com/m-634418220203946.html |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 318 | TTPtoo | 634418220205705 | https://www.temu.com/m-634418220205705.html |
| 319 | VMDOCK | 634418220516996 | https://www.temu.com/m-634418220516996.html |
| 320 | FFHealthyThe Food | 634418220685910 | https://www.temu.com/m-634418220685910.html |
| 321 | HiPlus Nutrition US | 634418220971699 | https://www.temu.com/m-634418220971699.html |
| 322 | Long Live Health | 634418221030514 | https://www.temu.com/m-634418221030514.html |
| 323 | Quality And Selection | 634418221081722 | https://www.temu.com/m-634418221081722.html |
| 324 | ProVitaBloom | 634418221091457 | https://www.temu.com/m-634418221091457.html |
| 325 | SHGJILO SHOP | 634418221568675 | https://www.temu.com/m-634418221568675.html |
| 326 | VITABOUND SHOP | 634418221570137 | https://www.temu.com/m-634418221570137.html |
| 327 | LBestFindz | 634418221718818 | https://www.temu.com/m-634418221718818.html |
| 328 | HiPlus Vitality | 634418221731263 | https://www.temu.com/m-634418221731263.html |
| 329 | HiPlus Nutritional Support | 634418222158741 | https://www.temu.com/m-634418222158741.html |
| 330 | Btelissfuly | 634418222239497 | https://www.temu.com/m-634418222239497.html |
| 331 | Pure Vital | 634418222252372 | https://www.temu.com/m-634418222252372.html |
| 332 | HiPlus A | 634418222425661 | https://www.temu.com/m-634418222425661.html |
| 333 | VerseVault | 635517729091965 | https://www.temu.com/m-635517729091965.html |
| 334 | YHSTORE | 101640008 | https://www.walmart.com/reviews/seller/101640008 |
| 335 | xyRufengke | 101679110 | https://www.walmart.com/reviews/seller/101679110 |
| 336 | guangzhouhuicaoxy | 101689066 | https://www.walmart.com/reviews/seller/101689066 |

18

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 337 | Duncans | 101694972 | https://www.walmart.com/reviews/seller/101694972 |
| 338 | Gillo Llc | 102502636 | https://www.walmart.com/reviews/seller/102502636 |
| 339 | MOERBEN | 102529778 | https://www.walmart.com/reviews/seller/102529778 |
| 340 | HAITAN | 102611544 | https://www.walmart.com/reviews/seller/102611544 |
| 341 | IBehmif | 102615495 | https://www.walmart.com/reviews/seller/102615495 |
| 342 | Protect Beauty Action | 102628841 | https://www.walmart.com/reviews/seller/102628841 |
| 343 | Secret Anti-Aging | 102629075 | https://www.walmart.com/reviews/seller/102629075 |
| 344 | IYYDS.llcxy | 102638829 | https://www.walmart.com/reviews/seller/102638829 |
| 345 | QfkgN | 102649186 | https://www.walmart.com/reviews/seller/102649186 |
| 346 | RoyalNest | 102706310 | https://www.walmart.com/reviews/seller/102706310 |
| 347 | Williamshangmao Shop | 102714788 | https://www.walmart.com/reviews/seller/102714788 |
| 348 | Stars Treasure Box | 102715404 | https://www.walmart.com/reviews/seller/102715404 |
| 349 | nanyangyydsXY | 102717455 | https://www.walmart.com/reviews/seller/102717455 |
| 350 | Nexw-Yorky | 102717968 | https://www.walmart.com/reviews/seller/102717968 |
| 351 | Al's Shop | 102730445 | https://www.walmart.com/reviews/seller/102730445 |
| 352 | AoLimao llc | 102735860 | https://www.walmart.com/reviews/seller/102735860 |
| 353 | BerryGaSHOP | 102740621 | https://www.walmart.com/reviews/seller/102740621 |
| 354 | BrandOutlet Store | 102741495 | https://www.walmart.com/reviews/seller/102741495 |
| 355 | PuMaohu Corp. | 102741529 | https://www.walmart.com/reviews/seller/102741529 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 356 | MENGRUSI STORE | 102746307 | https://www.walmart.com/reviews/seller/102746307 |
| 357 | leeJeeShop | 102748866 | https://www.walmart.com/reviews/seller/102748866 |
| 358 | Matsuko's small shop | 102758427 | https://www.walmart.com/reviews/seller/102758427 |
| 359 | BodyCare Store | 102766039 | https://www.walmart.com/reviews/seller/102766039 |
| 360 | zhangzhishisonghongshangmao | 102767040 | https://www.walmart.com/reviews/seller/102767040 |
| 361 | weixianjianceshangmao | 102767068 | https://www.walmart.com/reviews/seller/102767068 |
| 362 | zhangzhishiqizhenshangmao | 102767088 | https://www.walmart.com/reviews/seller/102767088 |
| 363 | shiruishangmao | 102767104 | https://www.walmart.com/reviews/seller/102767104 |
| 364 | ZY Store | 102775315 | https://www.walmart.com/reviews/seller/102775315 |
| 365 | YuanXiangGe | 102797398 | https://www.walmart.com/reviews/seller/102797398 |
| 366 | Aosbei Health Products | 102801581 | https://www.walmart.com/reviews/seller/102801581 |
| 367 | YONGDEZAN | 102814187 | https://www.walmart.com/reviews/seller/102814187 |
| 368 | CuMianSongShangMao | 102816068 | https://www.walmart.com/reviews/seller/102816068 |
| 369 | Order Now Ltd | 102825586 | https://www.walmart.com/reviews/seller/102825586 |
| 370 | hengqidishangmao | 102836591 | https://www.walmart.com/reviews/seller/102836591 |
| 371 | huanggangshimingjingmao | 102843026 | https://www.walmart.com/reviews/seller/102843026 |