AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __United States District Court Northern District of Illinois__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25cv9116 | DATE FILED<br>8/1/2025 | U.S. DISTRICT COURT<br>United States District Court Northern District of Illinois |
|---|---|---|
| PLAINTIFF<br>RR, LLC | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified in Schedule A |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attachment | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>J. Hollimon | DATE<br>8/4/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# Reus Research

**Reg. No. 7,370,568**
**Registered Apr. 30, 2024**
**Int. Cl.: 5**
**Trademark**
**Principal Register**

Seuruk, Heorhi (BELARUS INDIVIDUAL)
Karla Libnehta 13
Brest, BELARUS 224024

CLASS 5: Dietary and nutritional supplements

FIRST USE 10-21-2020; IN COMMERCE 10-21-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "RESEARCH"

SER. NO. 97-469,048, FILED 06-21-2022



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms **available at** http://www.uspto.gov.

# **Reus Research - Copyright Summary Document**

| Image | Name | Registration Date | Registration No. |
|---|---|---|---|
|  | RRS-1 | May 8, 2025 | VA 2-444-958 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-444-958**
**Effective Date of Registration:**
May 08, 2025
**Registration Decision Date:**
May 09, 2025

## Title

    **Title of Work:** RRS-1

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** May 15, 2024
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Reus Research, LLC
    **Author Created:** photograph, 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Reus Research, LLC
    68 SE 6th St., Apt. 4110, Miami, FL, 33131, United States

## Limitation of copyright claim

    **Material excluded from this claim:** Text, public domain element (U.S. flag)
    **New material included in claim:** photograph, 2-D artwork

## Rights and Permissions

    **Organization Name:** Reus Research, LLC
    **Address:** 68 SE 6th St.
    Apt. 4110
    Miami, FL 33131 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** May 08, 2025

Page 2 of 2

Case: 1:25-cv-09116 Document #: 18 Filed: 08/04/25 Page 7 of 7 PageID #:141